# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL 5,** | : CIVIL ACTION NO. 1:07-CV-1150 <br> : <br> : (Judge Conner) <br> : |
| **Plaintiff** | : |
| v. | : <br> : |
| **INTER-STATE TILE & MANTEL CO, INC.,** | : <br> : <br> : |
| **Defendant** | : |

## **ORDER**

AND NOW, this 2nd day of June, 2010, upon consideration of the order of court (Doc. 72) dated May 18, 2010, wherein the court adopted the report (Doc. 69) of the magistrate judge, and ordered defendant Inter-State Tile & Mantel Co., Inc. to make payments as required by the collective bargaining agreement at issue in the above-captioned matter, and it appearing that defendant Inter-State Tile & Mantel Co., Inc. has been ordered to pay a liquidated judgment in an amount certain, and that there are no outstanding issues remaining for disposition in this matter, it is hereby ORDERED that the Clerk of Court is instructed to enter FINAL JUDGMENT in favor of plaintiff International Union of Bricklayers and Allied Craftworkers, Local 5. FED. R. CIV. P. 58.

                                                    S/ Christopher C. Conner
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge