# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL 5,** : <br>     Plaintiff : <br> : <br> v. : <br> : <br> **INTER-STATE TILE & MANTEL CO., INC.,** : <br>     Defendant : <br> : <br>   and : <br> : <br> **ALEXANDER BUILDING CONSTRUCTION CO.,** : <br>     Garnishee : | CIVIL ACTION NO. 1:07-CV-1150 <br><br> (Judge Conner) |

## O R D E R

AND NOW, this 18th day of November, 2010, the court having considered the request for a stay incorporated into Alexander Building Construction Co.'s Motion for Relief from Judgment pursuant to Fed. R. Civ. Proc. 60(b)(6) (Doc. 166), it is hereby ORDERED that the execution of the Judgment entered by this Court on October 27, 2010, is hereby STAYED pending the disposition of the Motion.

                                                                         S/ Christopher C. Conner
                                                                         CHRISTOPHER C. CONNER
                                                                          United States District Judge