# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL 5,** : Plaintiff : : v. : : **INTER-STATE TILE & MANTEL CO., INC.,** : Defendant : : and : : **ALEXANDER BUILDING CONSTRUCTION CO.,** : Garnishee : | **CIVIL ACTION NO. 1:07-CV-1150** : **(Judge Conner)** |

## **O R D E R**

AND NOW, this 6th day of January, 2011, the Court having considered the Stipulation and Consent Order regarding the Motion by Alexander Building Construction Co. ("Alexander") for Relief from Judgment pursuant to Fed.R.Civ.Proc. 60(b)(6); and the Court finding good and sufficient cause to accept the Stipulation;

It is HEREBY ORDERED that Alexander Building Construction Co. is RELIEVED from any liability or obligation under the Judgment entered by this Court on October 27, 2010, and the Judgment is VACATED;

It is HEREBY FURTHER ORDERED that Plaintiff, International Union of Bricklayers and Allied Craftworkers Local Union No. 5, Pennsylvania, and Alexander are each to bear their own costs and attorneys' fees.

                                                    S/ Christopher C. Conner
                                                    CHRISTOPHER C. CONNER
                                                    United States District Judge